**Opinion issued February 12, 2026.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00168-CV

————————————

**THURMAN ROBINSON, Appellant**

**V.**

**NEW FOREST HOUSTON 2020, LLC, Appellees**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1241511**

---

## MEMORANDUM OPINION

Appellant Thurman Robinson has not timely filed a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). We warned appellant that we would dismiss the appeal absent a reasonable explanation for the failure to file a brief. *See id.* Appellant did not

respond as we requested. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal in accordance with Texas Rule of Appellate Procedure 42.3(b)-(c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.